UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A. | ) | Case No.: 11-CV-06390-LHK |
| Plaintiff, | ) ) | ORDER DENYING MOTION TO SHORTEN TIME |
| v. | ) ) | |
| CONSUELO LOMBERA; MARIA LOMBERA | ) ) | |
| Defendants. | ) ) ) | |

Wells Fargo Bank, N.A. has filed a motion to shorten time on its motion to remand this case to state court. ECF No. 11. Wells Fargo noticed a motion hearing date without first contacting the Courtroom Deputy as is required under the Court's standing order. Moreover, Wells Fargo has not shown good cause why this matter should be heard in an expedited manner. Therefore, the motion to shorten time is DENIED.

The opposition to the motion to remand must be filed by January 31, 2012 and any reply must be filed by February 7, 2012. The Court will attempt to resolve the matter on the papers prior to the current hearing date of February 23, 2012.

**IT IS SO ORDERED.**

Dated: January 17, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-06390-LHK
ORDER DENYING MOTION TO SHORTEN TIME